**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| RANDY ANTHONY BROWN #374007 | CIVIL ACTION NO. 6:23-1286 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARCUS MYERS | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, the petition for *habeas corpus* is **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 9th day of August, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE